## John E. Bastien, Appellee, v. Chicago City Railway Company, and Ford Motor Company, on appeal of Chicago City Railway Company, Appellant.

### Gen. No. 19,809. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN P. McGOORTY, Judge, presiding. Heard in this court at the March term, 1914. Reversed with finding of fact. Opinion filed November 9, 1914.

## Statement of the Case.

Action by John E. Bastien against Ford Motor Company, and Chicago City Railway Company to recover for personal injuries sustained by plaintiff in a collision between his automobile, which was being driven by a servant of the Ford Motor Company, and a street car of the defendant railway company.

Each count of the amended declaration alleged that the Railway Company so negligently ran its street car

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

and the Ford Company so negligently ran the automobile that by reason of such negligence the car and the automobile collided and thereby plaintiff was injured, etc.

Plaintiff recovered a judgment for one thousand five hundred dollars against both defendants and the defendant Chicago City Railway Company prosecutes this appeal.

The question presented on this appeal with reference to whether the negligence of the employee of the Ford Motor Company was imputable to that Company was decided on by the Appellate Court on a separate appeal by the Ford Motor Company, see *ante*, p. 367, and the decision on that appeal held controlling in this. The opinion filed on that appeal is also referred to as containing a general statement of facts of this case.

DEFREES, BUCKINGHAM & EATON, for appellant Ford Motor Company; MARQUIS EATON and DON K. JONES, of counsel.

WATSON J. FERRY, for appellant Chicago City Railway Company; LEONARD A. BUSBY, WARREN H. ROBINSON and B. F. RICHOLSON, of counsel.

CHARLES C. SPENCER and E. W. AUSTIN, for appellee.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

STREET RAILROADS, § 104*—*when occupant of automobile injured in collision with street car guilty of contributory negligence.* In an action against a street railway company and an automobile company for personal injuries received by plaintiff in a collision between his automobile in which he was riding and a street car at a street intersection, where the facts showed the automobile was driven by an employee of the automobile company, *held* that

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.